SIMMONS, Respondent, v. EPSTEIN et al., Appellants. (Supreme Court, Appellate Division, Second Department. January 10, 1913.) Action by Mary J. Simmons against Mendel Epstein and another. No opinion. Judgment and order unanimously affirmed, with costs.

---

In re SIMPKINS. (Supreme Court, Appellate Division, First Department. January 24, 1913.) In the matter of Charles J. Simpkins. No opinion. Reference ordered to official referee. Settle order on notice.

---

SMITH, Respondent, v. EXCELSIOR BREWING CO., Appellant. (Supreme Court, Appellate Division, Second Department. December 6, 1912.) Action by Charles Smith against the Excelsior Brewing Company. No opinion. Motion to dismiss appeal denied, without costs. See, also, 138 N. Y. Supp. 1143.

---

SMITH, Respondent, v. VALENTINE, Appellant. (Supreme Court, Appellate Division, Second Department. January 28, 1913.) Action by John H. Smith against Benjamin E. Valentine. No opinion. Order affirmed, with $10 costs and disbursements.

---

SOLFANELLI, Appellant, v. AUSTIN et al., Respondents. (Supreme Court, Appellate Division, Second Department. January 24, 1913.) Action by Salvatore Solfanelli against Augusta C. Austin and others. No opinion. Motion to dismiss appeals granted, with $10 costs, because of the failure of the appellants to show merit, as required by the special rule.

---

SPANNHAKE v. MOUNTAIN CONST. CO. (Supreme Court, Appellate Division, First Department. January 17, 1913.) Action by Otto L. Spannhake against the Mountain Construction Company. No opinion. Application granted. Order signed. See, also, 137 N. Y. Supp. 900.

---

SPENCER, Appellant, v. CHAMBERLAIN, Respondent. (Supreme Court, Appellate Division, Third Department. December 30, 1912.) Action by Don M. Spencer against Worth Chamberlain, as executor of the last will of Kate B. Field, deceased. No opinion. Judgment modified, by deducting therefrom the sum of $12.25, and, as modified, affirmed, without costs of this appeal.

---

STAGE SOCIETY OF NEW YORK, Appellant, v. WALDO, Com'r, Respondent. (Supreme Court, Appellate Division, First Department. January 31, 1913.) Action by the Stage Society of New York against Rhinelander Waldo, as Commissioner, etc. H. G. Gray, of New York City, for appellant. H. Crone, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

---

STALKER, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Third Department. December 30, 1912.) Action by Alida C. Stalker, as administratrix, etc., of Stephen Stalker, deceased, against the New York Central & Hudson River Railroad Company, as lessee of the Boston & Albany Railroad.

PER CURIAM. Judgment and order affirmed, with costs.

KELLOGG and HOUGHTON, JJ., dissent, on the ground that the proof shows that the decedent exercised no care and was guilty of contributory negligence.

---

STANDARD NURSERY CO., Appellant, v. LOWERY, Respondent. (Supreme Court, Appellate Division, Third Department. December 30, 1912.) Action by the Standard Nursery Company against Edwin O. Lowery. No opinion. Judgment affirmed, with costs.

---

STARBUCK, Respondent, v. ERIE R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. January 17, 1913.) Action by Ida A. Starbuck, as administratrix, etc., of Henry Starbuck, deceased, against the Erie Railroad Company. No opinion. Order affirmed, with $10 costs and disbursements.

---

STEHLI, Appellant, v. McGREGOR, Respondent. (Supreme Court, Appellate Division, First Department. January 24, 1913.) Action by John A. Stehli against John McGregor. B. Gordon, of New York City, for appellant. N. W. Hacker, of New York City, for respondent. No opinion. Order affirmed, with costs. Order filed.

---

STEINMAN et al., Respondents, v. CONLON, Appellant. (Supreme Court, Appellate Division, First Department. January 17, 1913.) Action by Benjamin Steinman and another against Eva K. Conlon. B. Rembaugh, of New York City, for appellant. D. Steckler, of New York City, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 138 N. Y. Supp. 1144; 139 N. Y. Supp. 1145.

---

STEINMAN et al. v. CONLON. (Supreme Court, Appellate Division, First Department. February 7, 1913.) Action by Benjamin Steinman and another against Eva K. Conlon, in which Edward B. Hosier appeared as a witness. No opinion. Motion denied, with $10 costs. Order filed. See, also, 139 N. Y. Supp. 1145.

---

In re STENTON. (Supreme Court, Appellate Division, First Department. January 31, 1913.) In the matter of Louisa M. Stenton, deceased. No opinion. Motions to dismiss appeals granted, with $10 costs, unless appellant complies with terms stated in orders. Orders filed. See, also, 148 App. Div. 913, 132 N. Y. Supp. 1147.